UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FEDERICO RODRIGUEZ,<br><br>                    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Defendants. | Case No. 2:15-cv-02507-JCM-PAL<br><br>ORDER |

This matter is before the court's review of the docket in this case. Plaintiff filed the Complaint (Dkt. #1) on January 4, 2016. No answer has been filed. Canon 3C(1)(c) of the Code of Conduct for United States Judges and 28 U.S.C. § 455(b)(4) require the court to screen cases for financial disqualification or other financial matters that may call for a judge's recusal. Accordingly, Plaintiff shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that have a direct, pecuniary interest in the outcome of the case. If there are no known interested parties other than those participating in the case, a statement to that effect must be filed. Additionally, Plaintiff must promptly file a supplemental notice upon any change in the information contained in the notice.

**IT IS ORDERED** that Plaintiff shall file a notice with the court disclosing all persons, associations of persons, firms, partnerships or corporations (including parent corporations) that

///

///

///

///

have a direct, pecuniary interest in the outcome of the case **no later than February 19, 2016.** Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 29th day of January, 2016.

PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE