UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FEDERICO RODRIGUEZ,<br><br>                    Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA, et al.<br><br>                    Defendants. | Case No. 2:15-cv-02507-JCM-PAL<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 65) |

Before the court is counsel for plaintiff Potter Law Offices' Motion to Withdraw as Pro Hac Vice Counsel (ECF No. 65). The motion represents that plaintiff's pro hac vice counsel recently had brain surgery, is temporarily physically unable to practice law, and cannot continue representation in this matter. There are only two attorneys in the law firm, and his associate who is his son is unable to continue representing the plaintiff as pro hac vice counsel. As such, the firm seeks leave to withdraw as pro hac vice counsel of record on behalf of attorney Ralph M. Rios for plaintiff Federico Rodriguez. Plaintiff is also represented by Gilbert Geilim whose pro hac vice counsel is Jared B. Anderson. As plaintiff is still represented by counsel, the withdrawal will cause no delay in this matter.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED** that:

1. Cal J. Potter, III and Cal J. Potter, IV's Motion to Withdraw (ECF No. 65) as pro hac vice counsel is **GRANTED**.

2. Attorney Ralph M. Rios shall have until **November 1, 2017**, in which to obtain pro hac vice counsel.

DATED this 18th day of October, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE