STEVEN W. MYHRE
Acting United States Attorney
MARK E. WOOLF
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Email: *Mark.Woolf@usdoj.gov*
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| FEDERICO RODRIGUEZ, | ) |
| Plaintiff, | ) Case No.2:15-cv-02507-JCM-PAL )<br>) **STIPULATION TO DISMISS** |
| v. | ) **COMPLAINT AGAINST UNITED**<br>) **STATES** |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

Pursuant to the Court's Order (ECF No. 75) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Federico Rodriguez ("Rodriguez") and Defendant United States of America ("United States") submit this stipulation for dismissal of Rodriguez' complaint against the United States. The dismissal is with prejudice.

Respectfully submitted this 14th day of December 2017.

| | |
|---|---|
| STEVEN W. MYHRE<br>Acting United States Attorney | GEILIM LAW CORPORATION |
| */s/ Mark E. Woolf*<br>MARK E. WOOLF<br>Assistant United States Attorney | /s/ Gilbert R. Geilim<br>Gilbert R. Geilim<br>Counsel for Plaintiff, *Pro Hac Vice* |

**IT IS SO ORDERED**.

James C. Mahan
UNITED STATES DISTRICT JUDGE
Dated: December 15, 2017.

1